

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00497-CR

The **STATE** of Texas,
Appellant

v.

Hugo **MARQUEZ**,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 600721
Honorable Rosie S. Gonzalez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED December 22, 2021.

_____
Rebeca C. Martinez, Chief Justice